# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY D. JUSTICE, II, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-03041 |
| HEALTHCARE REALTY TRUST INC., JOHN KNOX SINGLETON, TODD J. MEREDITH, JOHN V. ABBOTT, NANCY H. AGEE, EDWARD H. BRAMAN, AJAY GUPTA, JAMES J. KILROY, PETER F. LYLE, and CHRISTANN M. VASQUEZ, | ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 18, 2022

**GRABAR LAW OFFICE**

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#5906953)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*